IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| KARL G. BYRD, SR. | * | |
| Plaintiff | * | |
| | | CIVIL ACTION NO.: JFM 00CV612 |
| v. | * | |
| THE BALTIMORE SUN COMPANY | * | |
| And | * | |
| BALTIMORE GRAPHIC COMMUNICATIONS UNION #31 | * | |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION TO EXTEND TIME

It is hereby agreed and stipulated by and between the undersigned parties, by and through their respective counsel of record, subject to court approval pursuant to Rule 6 of the Federal Rules of Civil Procedure, that Defendant, The Baltimore Sun Company shall have until Friday, May 26, 2000 to file a responsive pleading to the Complaint filed by Plaintiff, Karl G. Byrd, Sr. in the above-captioned matter.

_____
Ralph T. Byrd
Federal Bar No. 25559
4901 Sundown Road
Laytonsville, Maryland 20882
Attorney for Plaintiff
(301) 774-3117

_____
Howard K. Kurman
Federal Bar No. 02831
Offit, Kurman & Alms, P.A.
8 Park Center Court - Suite 200
Owings Mills, Maryland  21117
(410) 356-0600
Attorneys for Defendant, The Baltimore Sun Company

## ORDER

IT IS SO ORDERED, this _____ day of _____, 2000.

_____
J. Frederick Motz
United States District Judge