IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| KARL G. BYRD, SR. | * | |
| Plaintiff | * | |
| v. | * | |
| THE BALTIMORE SUN COMPANY, et al., | * | CASE NO. JFM00CV612 |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion For Leave To File Out of Time its Opposition To The Baltimore Graphic Communications Union # 31's Motion To Dismiss Amended Complaint or For Summary Judgment, and Defendant's consent to said motion, it is this _12th_ day of _July_, 2000,

ORDERED, that the Plaintiff's motion is hereby GRANTED.

/s/
J. Frederick Motz,
Chief Judge

