IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 21  P 3: 37

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| KARL G. BYRD, SR. | * | |
| | * | |
| v. | * | Civil No. JFM-00-612 |
| | * | |
| THE BALTIMORE SUN COMPANY, | * | |
| ET AL. | * | |

*****

## MEMORANDUM

Plaintiff has brought this action for employment discrimination against the Baltimore Sun Company and Baltimore Graphic Communications Union No. 31. Defendants have filed motions to dismiss. The motions will be granted.[1]

Most of the claims asserted by plaintiff are the same claims he asserted in an earlier action, Civil No. 99-508. I granted motions to dismiss in that action, and my rulings presently are on appeal. Obviously, a plaintiff may not simply file new actions seeking to relitigate what has already been decided. To the extent plaintiff believes that I previously erred, his remedy is to pursue his pending appeal. This applies not only to any claims actually raised by plaintiff in the earlier action but also to those he could have asserted arising out of the same underlying facts.

To the extent that plaintiff is asserting claims for his disciplinary suspension in October, 1999, and a demand by The Sun that he submit to a fitness for duty physical examination, this court lacks jurisdiction since the claims exceed the scope of plaintiff's EEOC charge.

---

[1] After the motions to dismiss had been pending for some time, plaintiff filed a motion for leave to file a second amended complaint. The motion is denied. I note, however, that nothing contained in the proposed second amended complaint alters the analysis or would change the result of this memorandum opinion.



Finally, as to plaintiff's claim for intention affliction of emotional distress, he has not alleged facts sufficient to meet any of the four elements of such a claim. See generally Harris v. Jones 281 Md. 560, 380 A.2d 611 (1977).

A separate order of dismissal is being entered herewith.

Date: August 21, 2000

J. Frederick Motz
United States District Judge