IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KARL G. BYRD, SR. | * | |
| | * | |
| v. | * | Civil No. JFM-00-612 |
| | * | |
| THE BALTIMORE SUN COMPANY, | * | |
| ET AL. | * | |
| | ***** | |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 AUG 21  P 3: 34

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 21st day of August 2000

ORDERED

1. Plaintiff's motion for leave to file second amended complaint is denied;

2. Defendants' motion to dismiss are granted; and

3. This action is dismissed.

_____
J. Frederick Motz
United States District Judge

3

