

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARL G. BYRD, SR.                    *
                                     *
          v.                         *    Civil No. JFM-00-612
                                     *
THE BALTIMORE SUN COMPANY,           *
ET AL.                               *
                                     *****

ORDER

Defendant has filed a motion for attorneys' fees and expenses against plaintiff and

plaintiff's counsel. I will exercise my discretion not to award such fees and expenses. Plaintiff

and his counsel are cautioned, however, that any new action based upon the litany of alleged past

wrongdoings by defendant will not be tolerated and that the initiation of such litigation may

result in the imposition of sanctions.

Accordingly, it is, this _10th_ day of October 2000

ORDERED that defendant's motion for attorney's fees and expenses against plaintiff and

plaintiff's counsel is denied.

J. Frederick Motz
United States District Judge

