IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KARL G. BYRD, SR. | * |
| | * |
| v. | *   Civil No. JFM-00-612 |
| | * |
| THE BALTIMORE SUN COMPANY, | * |
| ET AL. | * |

\*\*\*\*\*

ORDER

Upon consideration of the memoranda submitted in connection with plaintiff's motion for reconsideration and clarification, it is, this 21st day of November 2000

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge

