IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)



| | | |
|---|---|---|
| KARL G. BYRD, SR. | | |
| Plaintiff | * | |
| | | CIVIL ACTION NO.: JFM 00CV612 |
| V. | * | |
| | | |
| THE BALTIMORE SUN COMPANY | * | |
| | | |
| and | * | |
| | | |
| BALTIMORE GRAPHIC | | |
| COMMUNICATIONS UNION #31 | * | |
| Defendants | | |

STIPULATION TO EXTEND TIME

It is hereby agreed and stipulated by and between the undersigned parties, by and through their respective counsel of record, subject to court approval pursuant to Rule 6 of the Federal Rules of Civil Procedure, that Defendant, The Baltimore Graphic Communications Union Local 31 shall have until Monday, December 16, 2002 to file its response to the Plaintiffs Motion for Leave to File Third Amended Complaint.

_____
Charles Lamasa
1023 Cathedral St.
Baltimore, MD 21201
410-727-4131
Attorney for Defendant Union

_____
Ralph I. Byrd
Federal Bar No. 25559
4901 Sundown Road
Laytonsville, Maryland 20882
(301)774-3117
Attorney for Plaintiff

ORDER

IT IS SO ORDERED, this _17_ Day of _Dec_____, 2002.

_____
J. Frederick Motz
United States District Judge